UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL LEON WILLIAMS,

                      Plaintiff,

v.

HARTMAN, et al.,

                      Defendants.

Case No. 3:23-cv-00133-ART-CLB

ORDER

The Court entered a screening order on May 23, 2023. (ECF No. 3). The screening order imposed a stay, and the Court entered a subsequent order in which the parties were assigned to mediation by a court-appointed mediator on October 31, 2023. (ECF Nos. 3, 9). The Office of the Attorney General has filed a notice stating that the parties have reached a settlement. (ECF No. 11).

For the foregoing reasons, **IT IS ORDERED** that, the Early Mediation Conference set for October 31, 2023, is **VACATED**. The parties shall have up to, and including, December 4, 2023, in which to file their Stipulation to Dismiss.

DATED THIS 17th day of October 2023.

_____
UNITED STATES MAGISTRATE JUDGE